Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED** ✓
**LODGED** ___
**RECEIVED** ___
**COPY** ___

APR 17 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Judy Carrillo

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Comenity Capital Bank

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV24-00874-PHX-DMF**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

Judy Carrillo 4992 w Warren DR
Casa Grande, Pinal County
Arizona, 85194

    B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name — Comenity Capital Bank

    Job or Title *(if known)*

    Street Address — 12921 S Vista Station Blvd

    City and County — Draper

    State and Zip Code — Utah 84020

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name — Caesar's Casino

    Job or Title *(if known)*

    Street Address — One Caesar Palace Drive

    City and County — Las Vegas

    State and Zip Code — Nevada 89109

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name — Harrah's AK-Chin Casino

    Job or Title *(if known)* — Kathy from New York (guest services)

    Street Address

    City and County — Maricopa, Pinal County

    State and Zip Code — Arizona

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name — Casa Grande Police Department

    Job or Title *(if known)*

    Street Address — 373 E Val Vista Blvd Rd

    City and County — Casa Grande, Pinal County

    State and Zip Code — Arizona 85122

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14 Amendment Equal Protection and procedural due process
18 US Code 1961 RICO statute. Fraud. Breach of Contract. Negligence.
1st Amendment - Right to Privacy of Personal Information

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Judy Carrillo , is a citizen of the State of *(name)* Arizona .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* Cominity Capital Bank , is incorporated under

the laws of the State of *(name)* Utah , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 800,000 °°

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for total $800,000 in damages which includes punitive because they were intentionaly negligent and was fraudulent conduct. Actual damages would be whatever credit limit the credit card. Since this event I have been unable to acquire credit anywhere else. If any are found in system, they are not mine but fraudulent via stolen information and mail fraud. Extreme financial hardship as a result of the actions.

I have a breach of contract claim against Comenity Capital Bank. I applied for Casino Credit card around 12/2022 at Harrah's AK-Chin Casino in Maricopa, AZ. Kathy the guest services cashier input my information and said I was approved. I never received credit card and waited months. I filed police report w/ Chris Fox employer Casa Grande Police Department. I also filed a FTC report consumer fraud for missing Credit card and nothing. I also filed FTC Identity Theft on Mr. Fox for stealing my identity and divulging to millions (mostly military) and acquiring credit/loans connected to my identity theft. I kept getting run around from Comenity Capital Bank and never offered a replacement card. I am asking court for discovery documents such as Casino camera footage from Caesar's Las Vegas and Harrah's in Maricopa. I was informed he runs prostitution rings at both Casinos and is well known by staff. I notified the FBI regarging Racketeering activity at Casino's. Not sure if they followed through on tip. I suffered data breaches @ Harrahs Casino through their Wifi (military caught on camera). Bank breached contract, Named parties in the suit failed at granting me Equal Protection under the law. Due Process was also violated. I never received stolen/missing property (credit card). Someone possibly swiping/using my card. 42 U.S Code 1986 Action for Neglect to Prevent. RICO statute is gambling activit fraud related to identification documents and Financial Institution Fraud. I previously had purse/wallet stolen in City of Casa Grande. That drivers license used to open lines of credit at Victorias Secret and Bath & Body Works whose store credit cards are serviced by Comenity Capital Bank. My credit card at Victorias Secret I was told was cancelled shortly after purse stolen in 2019. I paid off my balance in full and never used my card again. Strangely I receiv bill for about 36 cents and Bank kept charging late fees & penalty interest rate which is ludacris. I spoke to Customer Service and said it was computin error and they would fix it. This never happened. I paid with Truwest Credit Union account (separate lawsuit). The military on camera Chandler Mall in Arizona making unauthorized purchases with unauthorized accounts via Identity Theft. I never authorized any LLC or other corporation at Secretary of States Office. It was all done fraudulently.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/12/2024

Signature of Plaintiff

Printed Name of Plaintiff    Judy Carrillo

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5